IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MIKE YU<br><br>Plaintiff,<br><br>v.<br><br>HAIR TREND USA, INC. and DOUGLAS KIM<br><br>Defendants | Civil Action No. 1:14-cv-01984-RWS |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Mike Yu hereby gives notice that the above-captioned action is voluntarily dismissed **without** prejudice.

This 27th day of August, 2014.

                                          Respectfully submitted,

                          By:   /s/ Louise N. Smith
                                  Louise N. Smith
                                  Georgia Bar No. 131876
                                  William J. Smith
                                  Georgia Bar No. 710280
                                  *Attorneys for Plaintiff*

SMITH LAW, LLC
P.O. Box 1396
Dacula, GA 30019
T: (678) 691-5676
F: (770) 674-1122
louise@smithlaw-llc.com
william@smithlaw-llc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 27th day of August, 2014 served all parties in this matter with the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE by the following methods:

(1) I certify that I have served Defendants to this Action by personal service pursuant to Fed. R. Civ. P. 4.

This 27th day of August, 2014

                                    Respectfully submitted:

                    By:   /s/ Louise N. Smith
                            Louise N. Smith
                            Georgia Bar No. 131876
                            William J. Smith
                            Georgia Bar No. 710280
                            *Attorneys for Plaintiff*

SMITH LAW, LLC
P.O. Box 1396
Dacula, GA 30019
T: 678.691.5676
F: 770.674.1122
louise@smithlaw-llc.com
william@smithlaw-llc.com